### 24985. DYE v. DYE.

DUCKWORTH, Chief Justice. The solitary question presented for decision is whether or not the permanent alimony awarded to the wife was grossly inadequate. The evidence shows the husband earns a net income of $9,374.43, and the wife earns $3,528. The two had an equity of $4,000 in the home. The wife was awarded all removable furniture except carpets and drapes, an automobile, and $100 per month for six years. Faced with these facts, this court cannot say the award was grossly inadequate. *Robertson v. Robertson,* 207 Ga. 686 (63 SE2d 876); *Thomason v. Thomason,* 223 Ga. 90 (153 SE2d 716); *McNally v. McNally,* 223 Ga. 246 (154 SE2d 209); and *Childs v. Childs,* 224 Ga. 531 (163 SE2d 693).

*Judgment affirmed. All the Justices concur.*

ARGUED DECEMBER 10, 1968—DECIDED JANUARY 9, 1969.

*George H. Carley, Claude E. Hambrick,* for appellant.
*Zachary, Hunter, Zachary & Bowden, John C. Hunter,* for appellee.